IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

GENE KRIZMANICH,

                    Plaintiff,                    ORDER

        v.                                        07-cv-728-jcs

CITY OF BELOIT and AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES-
LOCAL 643,

                    Defendants.

_____

        The Court is in receipt of consent by the parties in the above
entitled matter to the exercise of jurisdiction by a United States
Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(c)
and is of the opinion that the administration of justice in this
Court is best pursued by those procedures and practices previously
adopted which include dispositive determinations to be first
resolved by the Court.

        Accordingly,

                                ORDER

        IT IS ORDERED that consent to proceed before a United States
Magistrate Judge is DENIED notwithstanding any provision of law or
practice to the contrary pursuant to 28 U.S.C. § 636(c).

        Entered this 23rd day of January, 2008.

                                BY THE COURT:

                                /s/

                                _____
                                JOHN C. SHABAZ
                                District Judge