UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET #
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR - 3 2008

FILED
THERESA M. OWENS, CLERK
CASE #

GENE KRIZMANICH,

   Plaintiff,

vs.          Case No. 07-C-0728-C

CITY OF BELOIT and
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES-
LOCAL, 643,

   Defendants.

### ORDER FOR VOLUNTARY DISMISSAL

Upon the foregoing stipulation,

IT IS HEREBY ORDERED that all of plaintiff, Gene Krizmanich's claims against the Defendants, City of Beloit and American Federation of State, County and Municipal Employees-Local, 643, are dismissed on their merits, with prejudice, and without costs or fees to any party.

Dated this 3d day of March, 2008.

BY THE COURT:

*Barbara B. Crabb*
Honorable Barbara B. Crabb
United States District Judge

Copy of this document has been provided to: all parties
via email
this 3 day of Mar, 20 08
by [signature]
S. Vogel, Secretary to
Judge Barbara B. Crabb